FILED    E-FILED
Friday, 29 June 2007 12:53:30 PM
Clerk, U.S. District Court, ILCD

JUN 28 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Jesus Bega )
_____Plaintiff_____ )
 )
 )
vs. )
 )           Case No. 07-3170
Dr. Sholtz )
T. Myers )
Tara Goins )
Roger Zimmerman )
Larry J. Phillips    Defendant(s) )

COMPLAINT

☒  42 U.S.C. §1983 (suit against state officials for constitutional violations) -

☐  28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☐  Other _____

*Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff, ___Jesus Bega___, and states as follows:

My current address is: ___Western I.C.C, R.R. 4 Box 196,___
___Mount Sterling, IL. 62353___

The defendant ___Dr. Sholtz___, is employed as ___a Doctor___
___at Western Illinois Correctional Center___

The defendant ___T. Myers___, is employed as ___Dental Personnel___
___at Western Illinois Correctional Center___

The defendant ___Tara G.___, is employed as ___Grievance Officers___
___at Western Illinois Correctional Center___

The defendant ___Roger Zimmerman___ is employed as ___Head Warden___
___at Western Illinois Correctional Center___

(revised 9/96)

The defendant _Harry P. Phillips_ , is employed as _Program_ at _Western Illinois Correctional Center_

Additional defendants and addresses _____

_____

_____

_____

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

## LITIGATION HISTORY

A.  Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?    Yes ☐    No ☒

If yes, please describe _____ N/A _____

_____

B.  Have you brought any other lawsuits in state or federal court while incarcerated?

Yes ☐    No ☒

C.  If your answer to B is yes, how many? _N/A_ Describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1.  Parties to previous lawsuit:

Plaintiff(s) _____ N/A _____

Defendant(s) _____ N/A _____

_____ N/A _____

2.  Court (if federal court, give name of district; if state court, give name of county)

_____ N/A _____

3. Docket Number/Judge _____ N/A _____

4. Basic claim made _____ N/A _____

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?) _____ N/A _____

6. Approximate date of filing of lawsuit _____ N/A _____

7. Approximate date of disposition _____ N/A _____

For additional cases, provide the above information in the same format on a separate page.


## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?   Yes ☒   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?   Yes ☒   No ☐

If your answer is no, explain why not _____ N/A _____ N/A _____

C. Is the grievance process completed?   Yes ☒   No ☐

*PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.*

## STATEMENT OF CLAIM

Place of the occurrence Western Illinois Correctional Center

Date of the occurrence June 27, 2007

Witnesses to the occurrence Ricky Bell #N-20653

*State here briefly the FACTS that support your case. Describe how EACH defendant is involved.*
*Do not give any legal arguments or cite cases or statutes.. Number each claim in a separate paragraph. Unrelated claims*
*should be raised in a separate civil action.*
THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

(1) On March 20, 2007 the plaintiff went to the health care unit at approximately 8:30 a.m within the Western Illinois Correction Center located in Mt. Sterling Illinois. Addressed as R.R # Box 196, 62353.

(2) The plaintiff was directed into the Dentist office where he spoke with a Dentist named Dr. Sholtz.

(3) The plaintiff sought to have his teeth cleaned and a filling placed in one of his tooth, where upon.

(4) The Dentist informed the plaintiff that he did not do teeth cleaning nor filling.

⑤ The plaintiff then was ordered to return to his cell house. Which the plaintiff did in obedience to the direct order.

⑥ The plaintiff then filed an emergency grievance to the warden's office dated March 20, 2007.

⑦ Where in the plaintiff complained of being denied Dental services at the health care.

⑧ Warden Roger Zimmerman determined that the plaintiff grievance was infact an emergency and ordered that the grievance be expedited.

⑨ On April 2, 2007 the grievance officer at the Western Illinois Correctional Center Ms. Para Goins responded to the plaintiff emergency grievance in an official grievance officers report.

10) Ms. Tara Goins states via her report that nurse Lowe stated on 3-29-07 that we have no Dental hygienist on site.

11) further that P. Myers in the dental unit states that the plaintiff was seen on 3-20-07 and all he requested was a cleaning and he was told by the dentist that those services were unavailable. There is nothing noted about his having been put on the list for fillings or that they even discussed the need for any.

12) Grievance officers Tara Goins, report furter states that if the inmate feels that he needs to have a filling completed he needs to resubmit to the dental unit and request to be examined.

13) Tara Goins recommended that the grievance be denied. On 4-2-07

14) Warden R. Zimmerman, concurred with that result on 4-2-07.

(15) The plaintiff believes that he is being deprived of Dental care services. As per the grievance officers directions the grievant did resubmit to the dental unit. And was placed on a waiting list. The plaintiff subsequently saw the Dentis And was told that he should take care of the teeth cleaning and filling when he is Discharged.

(16) The plaintiff was scheduled to be dischared on 6-29-07 from the department of corrections.

(17) The plaintiff believes that he has either gingivit is or periodontal Disease. Because his gum's are often red.

(18) the plaintiff's gum's also bleed when brushing his teeth

(19) The plaintiff explained this to the dentist and he was told that. We dont clean teeth because we havent had a Dental hygienist here in years.

20) As for the plaintiff's tooth which needed filling. Each time the plaintiff drinks a cold beverage, or air get's into the plaintiff's mouth sharp pain shoots to the nerves in the tooth.

21) The plaintiff explained this to the dentist and his response was you can take care of that when you're released.

22) The plaintiff believes that the longer his tooth go untreated. And uncleaned it run's the risk of losing the tooth.

23) And the plaintiff believes that the longer his teeth are not properly cleaned the periodontal and gingivitis diseases will progressively get worst and eventually the plaintiff will lose all of his teeth.

24) The defendants have a duty to provide the plaintiff with reasonable and adequate health care while he is in the custody of the D.O.C.

25) The defendant have not provided any health care services to the plaintiff in violation of his rights under the 8th amendment.

26) The defendants knowingly place the plaintiff at a serious health risk by not providing Dental health care to the plaintiff as is required by law.

27). The plaintiff has been in pain since he first requeste to have his teeth filled by the dentist.

28) The plaintiff has never had his teeth cleaned since he has been assigned to the Western Illinois Correctional Center in Mt. Sterling Illinois.

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

URY DEMAND            Yes    ☒            No  ☐

Signed this _____ day of ___6-27-07_____ , 2007

_____
( Signature of Plaintiff)

| me of Plaintiff: | Inmate Identification Number: |
|---|---|
| dress: | Telephone Number: |

6

# Relief Requested

1) That the plaintiff receive a sum of 1 million dollars in compensatory damages from each defendant for pain and suffering.

2) that the plaintiff receive a punitive damage award in the amount of 1 million dollars from each defendant for intentionally violating the plaintiff rights and causing the plaintiff pain and suffering.

3) That the plaintiff be awarded any other relief as this court may deem equitable and just under the law.

4) That the plaintiff be awarded reasonable attorney fee's for expensives incurred in bringing this claim and transportation fees too and from the court house.

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE    2A19    07-0194E

| Date: 3-20-07 | Offender: (Please Print) Jesus Bega | ID#: K77153 |
|---|---|---|
| Present Facility: Western C.C | Facility where grievance issue occurred: Western C.C. | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report: ___/___/___
      Date of Report

- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator

- [ ] Restoration of Good Time
- [X] Medical Treatment
      Facility where issued

- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify): _____

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: On the above date 3-20-07 and approximate time 8:30 a.m. Inmate Bega #K77153 went to the Health Care Unit for dentist purposes. The doctor call inmate Bega #K77153 to his office and ask inmate Bega #K77153 what is his problem and inmate Bega #K77153 stated that he would like to get his teeth clean and a feeling done. But the doctor reply "we don't do that". So you are deny ~~~~~ inmate Bege #K77153 Medical Services. Then can I have a paper stating that the

Relief Requested: To get a cleaning and feeling done.

[X] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____ Offender's Signature    K77153    3,20,07
                                                   ID#    Date

(Continue on reverse side if necessary)

---

**Counselor's Response (If applicable)**

Date Received: ___/___/___    [ ] Send directly to Grievance Officer    [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

_____

_____

Print Counselor's Name    Counselor's Signature    Date of Response ___/___/___

---

**EMERGENCY REVIEW**

Date Received: 3,21,07    Is this determined to be of an emergency nature?    [X] Yes; expedite emergency grievance
                                                                                 [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

RECEIVED    MAR 21 200_    WESTERN ILLINOIS C.C. GRIEVANCE OFFICER

_____ Chief Administrative Officer's Signature    3,21,07    Date

ILLINOIS DEPARTMENT OF CORRECTIONS

Distribution: Master File; Offender    Page 1    DOC 0046 (Rev. 3/2005)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

Health Care Unit is deny Bega #K77153 services. Doctor
said that the reason why is because they don't have
dentist's that do that. And Inmate Bega #K77153
ask the doctor for the concent of season why they
don't have a doctor that does feels and teeth
cleaning.

Sincerely,

Inmate
Jesus Bega
#K77153
2-1-19

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO OFFENDER'S GRIEVANCE

| Grievance Officer's Report |
|---|

**Date Received:** March 21, 2007_____    **Date of Review:** April 2, 2007_____    **Grievance #** (optional): 07-0194E

**Offender:** Jesus Bega_____    **ID#:** K77153_____

**Nature of Grievance:** Inmate is grieving medical treatment-dental.

**Facts Reviewed:** Emergency Grievance. Inmate's grievance reviewed. Inmate states that on 3-20-07app. 8:30am he went to HCU for the dental unit. Inmate states he was called into the office and asked what his problem is and he replied that he would like to get his teeth cleaned and a filling done. Inmate states that Dr. replied we don't do that. Inmate states he is being denied medical services and wants it on paper that he is being denied. Inmate states the Dr. said the reasoning is because they don't have a dentist that does that. Inmate requests to get a cleaning and filling done.

Nurse Lowe's response dated 3-29-07 states that we have no dental hygienist on site.

T. Myers in the dental unit states that inmate was seen on 3-20-07 and all he requested was a cleaning and he was told by the dentist that those services were unavailable. There is nothing noted about his having been put on the list for fillings or that they even discussed the need for any.

If inmate feels that he needs to have a filling completed he needs to resubmit to the dental unit and request to be examined.

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the inmate's grievance be denied.

_____
Tara Goins
Print Grievance Officer's Name

_____
Grievance Officer's Signature

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

**Date Received:** _____4-2-07_____    ☑ I concur    ☐ I do not concur    ☐ Remand

**Comments:**

_____
Chief Administrative Officer's Signature

4-2-07
Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

_____
Offender's Signature

K77153
ID#

_____
Date

CC: HCU

Distribution:    Master File; Offender; AW Programs                Page 1                DOC 0047 (Rev. 3/2005)

Printed on Recycled Paper

# WESTERN ILLINOIS CORRECTIONAL CENTER
## Mt. Sterling, Illinois

## MEMORANDUM

DATE:       6/14/07

TO:         Rega K77159    2A19

FROM:       Dental Department

SUBJECT:    Request for Dental Treatment

I am in receipt of your request to be seen by the Dentist. Your name has been added to the waiting list and an appointment will be made for you.

Please be advised there is a lengthy waiting list for all dental treatment. It will not be necessary for you to submit another request to see the Dentist. You will be seen as soon as possible.

*You were placed on the waiting list for fillings.*

K. Bauer
Dental Department