

E-FILED
Friday, 29 June, 2007 12:58:32 PM
Clerk, U.S. District Court, ILCD

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

__Central__ District of __Illinois__

FILED
JUN 2 8 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Jesus Bega #K77153
Plaintiff

V.

Dr. Sholtz ET. AL.
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 07-3170

I, __Jesus Bega__, declare that I am the (check appropriate box)
[X] petitioner/plaintiff/movant   [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   [X] Yes   [ ] No   (If "No," go to Part 2)
   If "Yes," state the place of your incarceration __WESTERN ILLINOIS CORR CENTER__
   Are you employed at the institution? __No__   Do you receive any payment from the institution? __Yes__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?   [ ] Yes   [X] No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.   N/A

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.  $14.00 PER MONTH A PRISON JOB ASSIGNMENT AS A PORTER FROM 11-26-06 TO 2/14/07

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   [ ] Yes   [X] No
   b. Rent payments, interest or dividends            [ ] Yes   [X] No
   c. Pensions, annuities or life insurance payments  [ ] Yes   [X] No
   d. Disability or workers compensation payments     [ ] Yes   [X] No
   e. Gifts or inheritances                           [ ] Yes   [X] No
   f. Any other sources                               [X] Yes   [ ] No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

   N/A

AO 240 Reverse (Rev. 10/03)

I RECEIVED MONEY FROM HOME WHEN THE FUNDS ARE AVAILABLE IN THE RECENT PAST I RECEIVED AN #83.00 AMOUNT AND A $15.00 MONEY ORDER

4. Do you have **any** cash or checking or savings accounts?    ☐ Yes    ☒ No

   If "Yes," state the total amount.    N/A

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

   If "Yes," describe the property and state its value.

   N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   N/A

I declare under penalty of perjury that the above information is true and correct.

6-21-07
Date


Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# Western Illinois Correctional Center
## Trust Fund
### Inmate Transaction Statement

Page 1

REPORT CRITERIA - Date: 12/01/2006 thru End;   Inmate: K77153;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: K77153 Bega, Jesus**          **Housing Unit: WIL-02-A -19**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 0.10 |
| 12/06/06 | Mail Room | 04 Intake and Transfers In | 340215 | 131928 | Stateville C.C. | 81.83 | 81.93 |
| 12/08/06 | Payroll | 20 Payroll Adjustment | 342133 | | P/R month of 11/2006 | 6.22 | 88.15 |
| 12/19/06 | Point of Sale | 60 Commissary | 353751 | 516426 | Commissary | -42.80 | 45.35 |
| 01/03/07 | Point of Sale | 60 Commissary | 003704 | 517980 | Commissary | -3.05 | 42.30 |
| 01/09/07 | Point of Sale | 60 Commissary | 009772 | 518526 | Commissary | -40.88 | 1.42 |
| 01/12/07 | Payroll | 20 Payroll Adjustment | 012133 | | P/R month of 12/2006 | 14.40 | 15.82 |
| 01/18/07 | Disbursements | 84 Library | 018333 | Chk #80353 | 9528, DOC: 523 Fund Library,   Inv. Date: 12/19/2006 | -.05 | 15.77 |
| 01/18/07 | Disbursements | 80 Postage | 018333 | Chk #80362 | 9561, DOC: 523 Fund Inmate Rei, Inv. Date: 12/20/2006 | -1.35 | 14.42 |
| 01/19/07 | Point of Sale | 60 Commissary | 019704 | 520116 | Commissary | -5.83 | 8.59 |
| 01/29/07 | Point of Sale | 60 Commissary | 029751 | 521183 | Commissary | -8.34 | .25 |
| 02/09/07 | Payroll | 20 Payroll Adjustment | 040133 | | P/R month of 01/2007 | 14.40 | 14.65 |
| 02/15/07 | Point of Sale | 60 Commissary | 046751 | 523712 | Commissary | -3.05 | 11.60 |
| 03/05/07 | Point of Sale | 60 Commissary | 064704 | 526142 | Commissary | -4.91 | 6.69 |
| 03/09/07 | Payroll | 20 Payroll Adjustment | 068133 | | P/R month of 02/2007 | 10.24 | 16.93 |
| 03/12/07 | Point of Sale | 60 Commissary | 071704 | 527051 | Commissary | -1.78 | 15.15 |
| 03/19/07 | Disbursements | 90 Medical Co-Pay | 078333 | Chk #81053 | 10362, DOC: 523 Fund Inmate Re, Inv. Date: 03/06/2007 | -.25 | 14.90 |
| 03/26/07 | Point of Sale | 60 Commissary | 085704 | 528829 | Commissary | -13.81 | 1.09 |
| 04/13/07 | Payroll | 20 Payroll Adjustment | 103133 | | P/R month of 03/2007 | 10.00 | 11.09 |
| 04/20/07 | Disbursements | 84 Library | 110333 | Chk #81329 | 10587, DOC: 523 Fund Library,   Inv. Date: 03/21/2007 | -.30 | 10.79 |
| 04/20/07 | Disbursements | 84 Library | 110333 | Chk #81329 | 10804, DOC: 523 Fund Library,   Inv. Date: 04/11/2007 | -.55 | 10.24 |
| 04/23/07 | Mail Room | 01 MO/Checks (Not Held) | 113216 | 436409 | Saravia, Ana | 15.00 | 25.24 |
| 04/25/07 | Point of Sale | 60 Commissary | 115751 | 532784 | Commissary | -10.46 | 14.78 |
| 05/02/07 | Point of Sale | 60 Commissary | 122751 | 533756 | Commissary | -2.71 | 12.07 |
| 05/10/07 | Point of Sale | 60 Commissary | 130720 | 534775 | Commissary | -9.22 | 2.85 |
| 05/11/07 | Payroll | 20 Payroll Adjustment | 131133 | | P/R month of 04/2007 | 10.00 | 12.85 |
| 05/17/07 | Disbursements | 84 Library | 137333 | Chk #81559 | 10965, DOC: 523 Fund Library,   Inv. Date: 04/26/2007 | -1.25 | 11.60 |
| 05/17/07 | Disbursements | 80 Postage | 137333 | Chk #81570 | 10993, CMRS-PBP   Acct. #36242, Inv. Date: 05/01/2007 | -1.11 | 10.49 |
| 05/21/07 | Point of Sale | 60 Commissary | 141751 | 536201 | Commissary | -3.38 | 7.11 |
| 05/31/07 | Point of Sale | 60 Commissary | 151720 | 537443 | Commissary | -6.99 | .12 |
| 06/08/07 | Payroll | 20 Payroll Adjustment | 159133 | | P/R month of 05/2007 | 10.00 | 10.12 |
| 06/13/07 | Point of Sale | 60 Commissary | 164704 | 539130 | Commissary | -7.27 | 2.85 |

|  |  |
|---|---|
| Total Inmate Funds: | 2.85 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 1.35 |
| Funds Available: | 1.50 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

Date: 6/22/2007  
Time: 12:02pm  
d_list_inmate_trans_statement_composite

**Western Illinois Correctional Center**  
**Trust Fund**  
Inmate Transaction Statement

REPORT CRITERIA - Date: 12/01/2006 thru End;  Inmate: K77153;  Active Status Only ? : No;  Print Restrictions ? : Yes;  Transaction Type: All Transaction Types;  Print Furloughs / Restitutions ? : Yes;  Include Inmate Totals ? : Yes;  Print Balance Errors Only ? : No

**Inmate: K77153 Bega, Jesus**            **Housing Unit: WIL-02-A -19**

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 06/01/2007 | 11361 | Disb | Library | 2 DOC: 523 Fund Library | $0.40 |
| 06/15/2007 | 11456 | Disb | copies | 2 DOC: 523 Fund Library | $0.95 |
| | | | | **Total Restrictions:** | **$1.35** |