E-FILED
Friday, 29 June, 2007 03:43:11 PM
Clerk, U.S. District Court, ILCD

FILED
JUN 28 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

To the Clerk of U.S. District Court

Well this is the address I well be staying at Jesus Bega, 3342 W. Hutchinson, Chicago, IL. 60618. if you questions just contact me. I go home June 29, 2007, Thank You.

Sincerely,

[signature]

#K77153

3342 W. Hutchinson
Chicago, IL. 60618