E-FILED

Friday, 07 September, 2007  09:48:37 AM

Clerk, U.S. District Court, ILCD

AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**JESUS BEGA,**

       **Plaintiff,**

   vs.                                     Case Number:  **07-3170**

**DR. SHOLTZ, et al.,**

       **Defendants.**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

  X  **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED**, pursuant to the Order entered by Judge Harold A. Baker. Plaintiff's entire lawsuit is dismissed for failure to show good cause, failure to appear, failure to litigate and failure to keep the court abreast of his whereabouts, including phone number where he can be reached, in compliance with this court's local rules.  This case is closed.------------------------------------------------------------

ENTER this 7th day of September 2007

s/ John M. Waters
JOHN M. WATERS, CLERK

s/ M. Eddings

_____

BY:  DEPUTY CLERK